**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

<u>    Southern    </u> District of <u>    New York    </u>
(State)

Case number (*If known*): _____ Chapter <u>  7  </u>

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Global Brokerage, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

FXCM Inc.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

EIN __ __ – __ __ __ __ __ __ __

**5. Debtor's address**

**Principal place of business**

55 Water Street
Number        Street

New York            NY      10041
City            State    ZIP Code

New York
County

**Mailing address, if different**

Number        Street

P.O. Box

City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City            State    ZIP Code

Debtor      Global Brokerage, Inc.                                    Case number (if known)_____
            Name

| | | |
|---|---|---|
| **6.** | **Debtor's website (URL)** | https://ir.globalbrokerage.info/ |

**7.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other type of debtor. Specify: _____

**8.  Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the types of business listed.

☐ Unknown type of business.

**9.  To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No

☑ Yes. Debtor  Global Brokerage Holdings, LLC          Relationship  Wholly-owned subsidiary

District  SDNY            Date filed _____          Case number, if known_____
                                    MM / DD / YYYY

Debtor _____          Relationship _____

District _____            Date filed _____          Case number, if known_____
                                    MM / DD / YYYY

**Part 3:**    **Report About the Case**

**10.  Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.  Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.  Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor    Global Brokerage, Inc.
_____
Name

Case number (if known)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | One or more funds or accounts managed, advised, or controlled by Wolverine Asset Management, LLC | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Craig Carlozzi | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Ryan Goldman | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | | Total of petitioners' claims | $ Not less than $55,800 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| Part 4: | Request for Relief |
|---|---|

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Wolverine Asset Management, LLC (on behalf of funds or accounts managed, advised, or controlled thereby)
_____
Name

175 W. Jackson Blvd., Suite 340
_____
Number    Street

Chicago                    IL          60604
_____
City                       State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                       State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Robert  J. Stark
_____
Printed name

Brown Rudnick LLP
_____
Firm name, if any

Seven Times Square
_____
Number   Street

New York                   NY          10036
_____
City                       State       ZIP Code

Contact phone    212-209-4800    Email   rstark@brownrudnick.com

Bar number    2739035

State    NY

✗ *Robert Stark*
Robert Stark (Mar 19, 2023 19:58 EDT)
_____
Signature of attorney

Date signed    Mar 19, 2023
               MM / DD / YYYY

| Debtor | Global Brokerage, Inc. | | Case number (if known) | |
|--------|------------------------|--|------------------------|--|
| | Name | | | |

**13. Each petitioner's claim**

| | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|--|-------------------|------------------------------|-------------------------------------------------|
| | One or more funds or accounts managed, advised, or controlled by Wolverine Asset Management, LLC | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Craig Carlozzi | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | Ryan Goldman | 7.00% Secured PIK Notes; see Statement filed herewith | $ Not less than $18,600 |
| | | Total of petitioners' claims | $ Not less than $55,800 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4: Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner
Wolverine Asset Management, LLC (on behalf of funds or accounts managed, advised, or controlled thereby)
Name

175 W. Jackson Blvd., Suite 340
Number    Street

| Chicago | IL | 60604 |
|---------|----|----|
| City | State | ZIP Code |

Name and mailing address of petitioner's representative, if any

Name

Number    Street

| | | |
|--|--|--|
| City | State | ZIP Code |

Robert  J. Stark
Printed name

Brown Rudnick LLP
Firm name, if any

Seven Times Square
Number    Street

| New York | NY | 10036 |
|----------|----|----|
| City | State | ZIP Code |

Contact phone  212-209-4800   Email  rstark@brownrudnick.com

Bar number  2739035

State  NY

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2023
MM / DD / YYYY

✗ _Kennoll Nadel_
Signature of petitioner or representative, including representative's title
Kenneth Nadel, Chief Operating Officer

✗ _____
Signature of attorney

Date signed  _____
MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor    Global Brokerage, Inc.
      Name

Case number (if known)_____

**Name and mailing address of petitioner**

Craig Carlozzi
Name

38 Sterling Road
Number    Street

Wellesley                              MA          02482
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone _____    Email _____

Bar number    _____

State    _____

✗ _____
Signature of attorney

Date signed    _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Ryan Goldman
Name

570 Lawrence Ave
Number    Street

Westfield                              NJ          07090
City                          State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                          State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3/13/23
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                          State        ZIP Code

Contact phone _____    Email _____

Bar number    _____

State    _____

✗ _____
Signature of attorney

Date signed    _____
MM / DD / YYYY

**BROWN RUDNICK LLP**

Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>    **GLOBAL BROKERAGE, INC.**[1]<br><br>    **Debtor.** | Chapter 7<br><br>Case No. 23-_____ |

**AFFIDAVIT OF CRAIG CARLOZZI PURSUANT TO**
**RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, Craig Carlozzi, being duly sworn, state the following under penalty of perjury:

1.      I submit this affidavit on behalf of myself in connection with the above-captioned

involuntary Chapter 7 cases (the "<u>Bankruptcy Cases</u>") filed against Global Brokerage, Inc.

("<u>GLBR</u>") and Global Brokerage Holdings, LLC ("<u>Holdings</u>," and, together with GLBR, the

"<u>Debtors</u>"). I am familiar with the facts set forth herein through my own personal knowledge or

through a review of documents related to the claims set forth herein against the Debtors. If

---

[1]      The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The
Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known
principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the
Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave
18th Floor, New York, NY 10022.

called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2.      I hold claims against the Debtors consisting, as of the petition date, of not less than $1,225,343 in principal amount (including accrued PIK interest) of those certain 7.00% Secured PIK Toggle Notes due 2023 (the "Notes") issued by GLBR, and guaranteed by Holdings, pursuant to that certain indenture, dated as of February 8, 2018 (the "Indenture").

3.      My holdings of the Notes were acquired in the open market, as reflected in the attached documents.  The consideration paid by me in connection with each purchase of the Notes is also reflected in the attached documents.

4.      I acquired the Notes for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

        I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 21, 2023
        New York, New York

                                        /s/ Craig Carlozzi
                                        _____
                                        Craig Carlozzi



10:18    .ıl LTE 🔋

☰    **PORTFOLIO**

ACCOUNT    ⓘ

Transactions    Display ⌄

**Purchase - Receipt versus payment**

ASSET    7% GLB BROKERAGE 18/23 -PIK-DEF-

ISIN CODE    US37891BAA70

QUANTITY    1,225,343.00

PRICE    USD 0.09

AMOUNT    USD -1,102.81

26 JAN 2023



## Portfolio valuation as at 28 February 2023 in USD



| Quantity | Description | Market price Correction factor | Gross unit cost Net cost (USD) | Unrealised (orig.) Unrealised (USD) | Valuation (orig.) | Valuation (USD) | Weight |
|---|---|---|---|---|---|---|---|
| 1'225'343 | 7% Glb Brokerage 18/23 -Pik-Def-<br>Mat. (prob.): 08.02.2023 Yld: 0.00%<br>ISIN: US37891BAA70 | 0.17%<br>USD | 0.09% USD<br>1'102.81 USD | 933.24 (84.62%) USD<br>933.24 (84.62%) | 2'036.05 USD | 2'036.05 | 0.07% |

**BROWN RUDNICK LLP**

Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**GLOBAL BROKERAGE, INC.**[1]<br><br>**Debtor.** | Chapter 7<br><br>Case No. 23-_____ |

**AFFIDAVIT OF WILLIAM RYAN GOLDMAN PURSUANT TO**
**RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

I, William Ryan Goldman, being duly sworn, state the following under penalty of

perjury:

1.    I submit this affidavit on behalf of myself in connection with the above-captioned

involuntary Chapter 7 cases (the "Bankruptcy Cases") filed against Global Brokerage, Inc.

("GLBR") and Global Brokerage Holdings, LLC ("Holdings," and, together with GLBR, the

"Debtors"). I am familiar with the facts set forth herein through my own personal knowledge or

through a review of documents related to the claims set forth herein against the Debtors. If

---

[1]    The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The
Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known
principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the
Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave
18th Floor, New York, NY 10022.

called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2.      I hold claims against the Debtors consisting, as of the petition date, of not less than $71,231,903 in principal amount (including accrued PIK interest) of those certain 7.00% Secured PIK Toggle Notes due 2023 (the "Notes") issued by GLBR, and guaranteed by Holdings, pursuant to that certain indenture, dated as of February 8, 2018 (the "Indenture").

3.      My holdings of the Notes were acquired in the open market, as reflected in the attached documents.  The consideration paid by me in connection with each purchase of the Notes is also reflected in the attached documents.

4.      I acquired the Notes for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

        I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 21, 2023
       New York, New York

                                        /s/ W. Ryan Goldman
                                        _____

                                        William Ryan Goldman

2



Name:                    WILLIAM RYAN GOLDMAN

Account Number:
Statement Period:   02/01/23 - 02/28/23

Seaport Global Securities LLC

360 Madison Avenue-22nd Flr

New York, NY 10017

## PORTFOLIO SUMMARY

### Corporate Bonds (unrealized)

| Description | Acquired Date | Unit Cost Basis | Total Cost Basis | Current Quantity | Estimated Market Price | Estimated Market Value | Profit/ (Loss) | Accrued Interest | Current Yield % | Estimated Annual Income |
|---|---|---|---|---|---|---|---|---|---|---|
| ESC CB GNC HLDGS INC ESCROW BOND ZERO% 01/01/2021 | | ---- | ---- | 8,090,000 | ---- | ---- | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 03/ 5/20 | .2500 | 14,401 | 5,760,575 | .110 | 6,337 | ( 8,064.81 ) | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 08/ 10/20 | ---- | ---- | 201,620 | .110 | 222 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 11/ 30/20 | .0500 | 21,749 | 43,498,742 | .110 | 47,849 | 26,099.25 | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 01/ 11/21 | .0500 | 3,030 | 6,000,000 | .110 | 6,600 | 3,570.00 | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 02/ 9/21 | ---- | ---- | 1,941,133 | .110 | 2,135 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 12/ 21/21 | .0700 | 4,620 | 6,600,046 | .110 | 7,260 | 2,640.02 | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 03/ 16/22 | ---- | ---- | 2,009,072 | .110 | 2,210 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 03/ 22/22 | ---- | ---- | 2,310,376 | .110 | 2,541 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 05/ 9/22 | ---- | ---- | 239,086 | .110 | 263 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 08/ 10/22 | ---- | ---- | 2,399,622 | .110 | 2,640 | ---- | ---- | ---- | ---- |
| ***GLOBAL BROKERAGE INC | 02/ 16/23 | .1090 | 420 | 381,631 | .110 | 420 | ---- | ---- | ---- | ---- |
| **GLOBAL BROKERAGE INC** | | ---- | ---- | **71,341,903** | **.110** | **78,476** | **24,244.46** | ---- | ---- | ---- |

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **In re:** | Chapter 7 |
| **GLOBAL BROKERAGE, INC.**[1] | Case No. 23-_____ |
| **Debtor.** | |

---

### AFFIDAVIT OF KEN NADEL PURSUANT TO
### RULE 1003(A) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Kenneth Nadel, being duly sworn, state the following under penalty of perjury:

1.     I submit this affidavit on behalf of Wolverine Asset Management, LLC

("Wolverine") in connection with the above-captioned involuntary Chapter 7 cases (the

"Bankruptcy Cases") filed against Global Brokerage, Inc. ("GLBR") and Global Brokerage

Holdings, LLC ("Holdings," and, together with GLBR, the "Debtors"). I am familiar with the

facts set forth herein through my own personal knowledge or through a review of documents

---

[1]     The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC. The Petitioning Creditors do not know the federal tax identification numbers of the Debtors. The Debtors' last known principal place of business is 55 Water Street, 50th Floor, New York, NY 10041. The last known address for the Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave 18th Floor, New York, NY 10022.

related to the claims set forth herein against the Debtors. If called to testify in connection with these Bankruptcy Cases, the following would constitute my testimony.

2.      I am the Chief Operating Officer of Wolverine. Wolverine manages, advises, and/or controls certain fund(s) that hold claims against the Debtors, and in such capacity is a petitioning creditor under the involuntary petitions. Such claims consist, as of the petition date, of not less than $32,264,945 in principal amount (including accrued PIK interest) of those certain 7.00% Secured PIK Toggle Notes due 2023 (the "Notes") issued by GLBR, and guaranteed by Holdings, pursuant to that certain indenture, dated as of February 8, 2018 (the "Indenture").

3.      Such Notes were acquired both: (i) pursuant to the *Prepackaged Plan of Reorganization of Global Brokerage, Inc. Pursuant to Chapter 11 of the Bankruptcy Code*, dated November 10, 2017 (Case No. 17-13532) (MEW) [ECF No. 10], which was confirmed by Order of the United States Bankruptcy Court for the Southern District of New York pursuant to the *Findings of Fact, Conclusions of Law, and Order (i) Approving Debtor's (a) Disclosure Statement, (b) Solicitation of Votes and Voting Procedures and (c) Form of Ballots, and (ii) Confirming Prepackaged Chapter 11 Plan of Reorganization of Global Brokerage, Inc.*, dated January 22, 2018 (Case No. 17-13532) (MEW) [ECF No. 67]; and (ii) in the open market, as reflected in the attached documents. The consideration paid or received by the Petitioning Creditor in connection with each purchase of the Notes in the open market is also reflected in the attached documents.

4.      The Notes were acquired for investment purposes and not for the purpose of commencing these Bankruptcy Cases.

2

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: March 15, 2023
       Chicago, Illinois

NAME: Kenneth Nadel
       Chief Operating Officer
       Wolverine Asset Management

**Deutsche Bank Securities  Inc.**    ☑
60 Wall Street, 13th Floor, New York, New York 10005
(212) 250-5553

## Portfolio Activity        continued

### Purchases and Sales

| | Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|---|
| | 09/10/2019 | Purchased | Short | 5,363 | | 28.5319 | 153,024.37 - |
| m | 09/10/2019 | Sold | Margin | 1,110 - | | 6.07 | 6,736.00 |
| m | 09/10/2019 | Purchased | Margin | 628 | | 14.6974 | 9,230.88 - |
| m | 09/10/2019 | Purchased | Margin | 11,097 | | 5.8897 | 65,374.55 - |
| m | 09/10/2019 | Purchased | Margin | 4,009 | | 10.8882 | 43,656.93 - |
| m | 09/10/2019 | Sold | Margin | 2,478 - | | 10.93 | 27,080.25 |
| m | 09/10/2019 | Sold | Margin | 113 - | | 14.84 | 1,676.72 |
| m | 09/10/2019 | Sold | Margin | 7,646 - | | 36.50 | 279,061.55 |
| m | 09/10/2019 | Purchased | Margin | 1,050,000 | GLOBAL BROKERAGE INC DUE 02/08/2023 07.000% FA   08 ES:PBRKR  /9266169821/2 AS OF 09/06/19 | 0.375 | 3,937.50 - |
| | 09/10/2019 | Sold | Short | 934 - | | 20.11 | 18,781.51 |
| | 09/10/2019 | Sold | Short | 600 - | | 11.05 | 6,628.96 |

## Portfolio Activity

continued

### Purchases and Sales

| | Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|---|
| m | 01/13/2021 | Sold | Margin | 15,000 - | | 44.6514 | 669,740.53 |
| | 01/13/2021 | Sold | Short | 767 - | | 9.0044 | 6,905.47 |
| m | 01/13/2021 | Purchased | Margin | 5,631,792 | GLOBAL BROKERAGE INC<br>DUE 02/08/2023 07.000% FA  08<br>AVG PRICE SHOWN-DETAILS ON REQ<br>ES:GBANY  /9718109076/2<br>AS OF 01/11/21 | 0.05 | 2,844.05 - |
| | 01/13/2021 | Sold | Short | 10,000 - | | 151.6916 | 1,516,872.02 |
| m | 01/13/2021 | Purchased | Margin | 5,500 | | 5.5655 | 30,615.56 - |
| m | 01/13/2021 | Sold | Margin | 3,103 - | | 5.6258 | 17,453.37 |
| | 01/13/2021 | Sold | Short | 9,008 - | | 14.6855 | 132,275.02 |
| m | 01/13/2021 | Purchased | Margin | 19,999 | | 20.3942 | 407,882.63 - |
| | 01/13/2021 | Sold | Short | 10,000 - | | 12.5458 | 125,445.29 |
| | 01/13/2021 | Sold | Short | 6,500 - | | 122.45 | 795,907.41 |

 

**Deutsche Bank Securities  Inc.**
60 Wall Street, 13th Floor, New York, New York 10005
(212) 250-5553

Statement of Account
**January 1 to January 31, 2021**
Account 106 - 02854

*Page 147 of 549*

**Deutsche Bank  AG**
Deutsche Bank  AG
60 Wall Street, 13th Floor, New York, New York 10005
(212) 250-5553

Statement of Account
**February 1 to February 28, 2018**
Account 106 - 72854

# Portfolio Activity    continued

## Purchases and Sales

| | Settlement date | Activity | Type | Quantity | Description | Unit price | Amount |
|---|---|---|---|---|---|---|---|
| m | 02/09/2018 | Sold | Margin | 2,925 - | | 12.4764 | 36,488.10 |
| m | 02/09/2018 | Sold | Margin | 708 - | | 33.9472 | 24,032.98 |
| m | 02/09/2018 | Sold | Margin | 2,000 - | | 43.14 | 86,275.20 |
| m | 02/09/2018 | Sold | Margin | 20,000 - | | 3.0657 | 61,283.08 |
| m | 02/09/2018 | Exchange | Margin | 2,951,937 | GLOBAL BROKERAGE INC 7.000 DUE 02/06/23 EVENT ID 1806999453 EXOF BANCS REF 118024089821 ENT 02/07/18 BCD 02/08/18 | 0.00 | 0.00 |
| m | 02/09/2018 | Purchased | Margin | 59 | | 53.8364 | 3,176.44 - |
| m | 02/09/2018 | Sold | Margin | 59 - | | 54.14 | 3,194.09 |
| m | 02/09/2018 | Purchased | Margin | 100 | | 8.65 | 865.15 - |
| m | 02/09/2018 | Purchased | Margin | 400 | | 60.78 | 24,312.60 - |
| m | 02/09/2018 | Sold | Margin | 843 - | | 60.7178 | 51,182.68 |
| m | 02/09/2018 | Purchased | Margin | 5,800 | | 22.54 | 130,740.70 - |

# Goldman Sachs & Co. LLC

| Account No. | Taxpayer Id. | Statement Period | Page |
|---|---|---|---|
| 7ETY | ON-FILE | 12/01/21 - 12/31/21 | 992/1324 |

WOLVERINE FLAGSHIP FUND
TRADING LIMITED
C/O WOLVERINE ASSET MANAGEMENT
175 WEST JACKSON BLVD, STE 340          CHICAGO          IL 60604

## SETTLED SECURITIES PURCHASED

Goldman Sachs & Co. LLC
200 West Street
New York, NY 10282-2198

LOCAL CURRENCY: U.S. DOLLAR (USD)

Account: 7ETY

| DATE | BUY | DESCRIPTION | | JOURNAL CODE | LOCAL CURRENCY | *SETTLEMENT CURRENCY | *SETTLEMENT CCY CODE | BASE(USD) CURRENCY |
|---|---|---|---|---|---|---|---|---|
| 12/23/2021 | 242 | | @ PRICE 803.37400 | BOT | (194,416.75) | (194,416.75) | USD | (194,416.75) |
| 12/23/2021 | 6,496 | | @ PRICE 2.00476 | BOT | (13,029.42) | (13,029.42) | USD | (13,029.42) |
| 12/23/2021 | 120 | | @ PRICE 338.56100 | BOT | (40,627.44) | (40,627.44) | USD | (40,627.44) |
| 12/23/2021 | 500 | | @ PRICE 26.16000 | BOT | (13,080.50) | (13,080.50) | USD | (13,080.50) |
| 12/23/2021 | 500 | | @ PRICE 341.69670 | BOT | (170,848.85) | (170,848.85) | USD | (170,848.85) |
| 12/23/2021 | 6,308,000 | GLOBAL BROKERAGE INC. 7%   02/06/2023 | @ PRICE .07000 | BOT | (4,420.60) | (4,420.60) | USD | (4,420.60) |
| 12/23/2021 | 2,250 | | @ PRICE 31.88499 | BOT | (71,743.48) | (71,743.48) | USD | (71,743.48) |
| 12/23/2021 | 5,000 | | @ PRICE 28.50000 | BOT | (142,705.00) | (142,705.00) | USD | (142,705.00) |
| 12/23/2021 | 2,000 | | @ PRICE 142.90545 | BOT | (285,812.91) | (285,812.91) | USD | (285,812.91) |
| 12/23/2021 | 5,500 | | @ PRICE 26.06327 | BOT | (143,353.50) | (143,353.50) | USD | (143,353.50) |
| 12/23/2021 | 44,400 | | @ PRICE 388.03814 | BOT | (17,228,938.02) | (17,228,938.02) | USD | (17,228,938.02) |
| 12/23/2021 | 900 | | @ PRICE 32.89000 | BOT | (29,601.90) | (29,601.90) | USD | (29,601.90) |
| 12/23/2021 | 1,753 | | @ PRICE 5.99118 | BOT | (10,504.29) | (10,504.29) | USD | (10,504.29) |
| 12/23/2021 | 75,000 | | @ PRICE 5.16818 | BOT | (387,688.90) | (387,688.90) | USD | (387,688.90) |
| 12/23/2021 | 500 | | @ PRICE 127.92200 | BOT | (63,961.50) | (63,961.50) | USD | (63,961.50) |
| 12/23/2021 | 500 | | @ PRICE 132.26800 | BOT | (66,134.50) | (66,134.50) | USD | (66,134.50) |

# J.P.Morgan

OFFICE SERVICING YOUR ACCOUNT
J.P. Morgan Securities LLC
383 Madison Avenue
New York, New York 10179
(212) 270-6000

WOLVERINE FLAGSHIP FUND

**127** of 272

STATEMENT PERIOD
February 1 - February 28, 2018

## Transaction Detail   (continued)

ACCOUNT NUMBER
102-41971 M4F

LAST STATEMENT          January 31, 2018

### INVESTMENT ACTIVITY   (Continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/09/18 | | EXCHANGE | | 302693AB2 | -9,132,000 | | | |
| 02/09/18 | | EXCHANGE | GLOBAL BROKERAGE INC<br>7.000 DUE 02/06/23<br>5CFJLJ9   FROM 5BCQMZ6<br>MANDEXC@1   0109375014P/S | 37891BAA7 | 9,231,882 | | | |
| 02/09/18 | | JOURNAL | | 8LFDXS7 | 125 | | | |
| 02/09/18 | | JOURNAL | | 8LVGZS9 | 157 | | | |
| 02/12/18 | 02/08/18 | BOUGHT | | AFAM | 328 | 56.80000 | 18,630.89 | |
| 02/12/18 | 02/08/18 | BOUGHT | | AET | 3,000 | 179.71668 | 539,154.53 | |
| 02/12/18 | 02/08/18 | BOUGHT | | T | 15,700 | 38.00000 | 596,600.00 | |

**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
T: 212-209-4800
Robert J. Stark
rstark@brownrudnick.com
Andrew M. Carty
acarty@brownrudnick.com

*Counsel for Petitioning Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 7 |
| **GLOBAL BROKERAGE, INC.[1]** | Case No. 23-_____ |
| **Debtor.** | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1010(b) of 7007.1 of the Federal Rules of Bankruptcy Procedures, and

Rule 1010-1 of the Local Bankruptcy Rules for the Southern District of New York, Wolverine

Asset Management, LLC ("Wolverine"), as a petitioning creditor in the above-captioned Chapter

7 case, respectfully represents that as of the petition date:

1.      Wolverine is not a publicly traded company.

2.      Wolverine Holdings, L.P. owns 100% of the equity interests in Wolverine.

---

[1]      The Debtors in these cases are: Global Brokerage, Inc. and Global Brokerage Holdings, LLC.   The Petitioning Creditors do not know the federal tax identification numbers of the Debtors.   The Debtors' last known principal place of business is 55 Water Street, 50th Floor, New York, NY 10041.   The last known address for the Debtors' board of directors is: Global Brokerage, Inc. Board of Directors, c/o General Counsel, 520 Madison Ave 18th Floor, New York, NY 10022.

Dated: March 16, 2023
      Chicago, Illinois

By:    Kenneth Nadel
        Chief Operating Officer